

33 Walt Whitman Road, Ste. 310
Huntington Station, NY 11746
Phone • 631•424•0999
Fax • 631•824•9116
Mconway@ConwayBusinessLaw.com
www.ConwayBusinessLaw.com

**Conway Business Law Group, P.C.**
*Attorneys At Law*

VIA ECF FILING

April 23, 2010

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014
Courtroom 910

Re: <u>Fleurimond v. New York University</u> (09-CV-3739 EDNY)

Dear Justice Tomlinson:

The plaintiff in the above-titled action respectfully requests the Court's permission to serve the plaintiff's document requests and interrogatories after the date prescribed by Your Honor's February 1, 2010 Order. Your Honor directed that the parties serve all such requests by April 8, 2010. Due to an oversight by my office, this deadline was calendared for May 21st, the date by which counsel for the parties had jointly agreed to serve these requests in our proposed discovery order.

Having been involved in a car accident on February 19, 2010, I was left greatly incapacitated for several weeks. Although I was able to timely submit the plaintiff's opposition to Defendant's Motion to Dismiss and Plaintiff's Responses to Defendant's First Request for Production of Documents, the deadline for service of Plaintiff's discovery demands upon Defendant went utterly overlooked until very recently.

I have contacted Mr. Clarida, lead counsel for the defendant, to request his consent to an extension of time to April 30, 2010 for Plaintiff to serve her document requests and interrogatories upon Defendant. Although I explained my reasons for this request and there appears to be no prejudice to Defendant, Mr. Clarida has refused to consent to an extension without explanation.

If Your Honor grants Plaintiff's request to serve document requests and interrogatories by April 30, 2010, Defendant's responses to Plaintiff's requests may not be served by May 13th, the date of our scheduled status conference. Therefore, an adjournment of this conference may be necessary.

1

Based on the foregoing, Plaintiff respectfully requests the Court's permission to serve Plaintiff's First Request for Production of Documents and First Request for Interrogatories upon Defendant by <u>April 30, 2010.</u>  No such previous request has been made by the plaintiff.

Very truly yours,

Mona Conway

C.c.   Robert W. Clarida, Esq.
       Cowan, Liebowitz & Latman, P.C.
       *Attorneys for Defendant*

2