Exhibit 2

**EXHIBIT 2**

(July 1-2, 2010 email exchange)

From: Clarida, Robert
Sent: Friday, July 02, 2010 12:37 PM
To: 'Mona Conway'
Cc: Clarida, Robert
Subject: RE: Fleurimond v NYU


Dear Mona:

I don't understand your comment below that "no documents were provided." My client produced 178 pages of drawings, invoices and emails. Any other responsive documents that may exist would be confidential, and as I noted in my response they can only be produced once there is a suitable protective order in place. Please provide me with a draft order and I will discuss with my client.

Regards,

Bob Clarida


From: Mona Conway [mailto:mrconway@optonline.net]
Sent: Friday, July 02, 2010 10:00 AM
To: Clarida, Robert
Subject: RE: Fleurimond v NYU

Hi, Bob.

Yes, we received the package. However, in response to my D & I demands, no documents were provided and many of your responses stated that documents "will be provided." My question to you is when will they be provided? I understand that you have preserved all of your objections, but it does not seem that you have objected to every demand, forcing judicial intervention for compliance. If you could give me an idea of when I may expect production of those documents, I would appreciate it.

27718/001/1210177.1