UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARIEL FLEURIMOND,

                        Plaintiff,

     - against -

NEW YORK UNIVERSITY,

                        Defendant.
-----------------------------------------------------------X

**ORDER**

CV 09-3739 (ADS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

        The Court has reviewed Plaintiff's letter motion to compel discovery and requesting a telephone conference filed on February 2, 2011. DE 38.

        As to the deposition of non-party witness Noah LeFevre, which this Court previously ordered be completed by February 11, 2011, the parties are directed to go forward with Mr. LeFevre's deposition on February 11, 2011, the date represented as the "only available" date. Should Plaintiff for some reason be unable to complete the deposition on that date, the parties are directed to contact Chambers that day by telephone to resolve the issue.

        As to the document discovery dispute raised by Plaintiff, I am directing Defendant to respond to Plaintiff's letter on or before February 7, 2011. After I have reviewed Defendant's response, I will determine if a telephone conference is necessary.

                                                        **SO ORDERED.**

Dated: Central Islip, New York
       February 3, 2011

                                                     /s/ A. Kathleen Tomlinson
                                                     A. KATHLEEN TOMLINSON
                                                     U.S. Magistrate Judge