<u>Fleurimond v. New York University</u>

CV 09-3739 (ADS) (AKT)

Exhibits to Plaintiff's February 28, 2011 Motion for relief pursuant to Federal Rule Civil Procedure 37