**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Mona Conway, Esquire
Conway Business Law Group, P.C.
33 Walt Whitman Road, Suite 310
Huntington Station, NY 11746

-------------------------------------------------------------------X

 ARIEL FLEURIMOND,

                       Plaintiff,

        -against-

NEW YORK UNIVERSITY,

                    Defendant.
-------------------------------------------------------------------X

                                   09-CV-3739
                                   (ADS) (AKT)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, dated September 12, 2011,

the pleadings and all prior proceedings in this action, Plaintiff, Ariel Fleurimond, hereby moves this

Court, before Honorable Arthur D. Spatt, United States District Judge, at the Untied States

Courthouse located at 100 Federal Plaza in Central Islip, New York, pursuant to Fed. R. Civ. P. 56

for judgment in favor of Plaintiff as a matter of law and for such other and further relief as this

Court deems just and proper.

Dated: Huntington, NY
       September 12, 2011

                                Conway Business Law Group, P.C.

                                _____
                                By: Mona R. Conway (MC-4673)
                                *Attorneys for Plaintiff*
                                33 Walt Whitman Road, Suite 310
                                Huntington Station, NY 11746

T: 631-424-0999
F: 631-824-9116
E: mrconway@optonline.net
   mconway@conwaybusinesslaw.com


TO:

Robert W. Clarida, Esquire
Cowan, Liebowitz & Latman, P.C.
*Attorneys for Defendant*
1133 Avenue of the Americas
New York, NY 10036