UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ARIEL FLEURIMOND,

          Plaintiff,

-against-

NEW YORK UNIVERSITY,

          Defendant.

---------------------------------------------------------------------X

09-CV-3739
(ADS) (AKT)

**DECLARATION OF MONA R. CONWAY**

I, Mona R. Conway, declare as follows:

1. I am an attorney at Conway Business Law Group, P.C. I make the following statements based on personal knowledge. I am competent to testify to the matters stated herein.

2. I am the attorney of record representing Ariel Fleurimond, the plaintiff in the above-caption action.

3. Exhibit 9, which is submitted to the Court in support of Plaintiff's Motion for Summary Judgment is a true and correct copy of the transcript of Defendant's Fed. R. Civ. P. 30 (b) (6) Witness, Frank Sicignano's deposition testimony taken on February 10, 2011 in this action and cited by Plaintiff in Memorandum in support of her Motion for Summary Judgment.

4. Exhibit 10, which is submitted to the Court in support of Plaintiff's Motion for Summary Judgment is a true and correct copy of the transcript of Non-Party Witness, Noah LeFevre's deposition testimony taken on February 11, 2011 in this action and cited by Plaintiff in Memorandum in support of her Motion for Summary Judgment.

5. Exhibit 11, which is submitted to the Court in support of Plaintiff's Motion for Summary Judgment is a true and correct copy of the transcript of Non-Party Witness, Nancy Isa's deposition testimony taken on October 22, 2010 in this action and cited by Plaintiff in Memorandum in support of her Motion for Summary Judgment.

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and accurate.

Execute this 12th day of September, 2011.

_____
Mona R. Conway