

**New York University**
*A private university in the public service*

Department of Athletics, Intramurals, and Recreation

Palladium Athletic Facility
140 East 14th Street
New York, NY 10003-4170
Telephone:    (212) 992-8500
Fax:    (212) 995-4702

Dear  Ms. Ariel Fleurimond,

After some consideration, we are pleased to offer employment within the Facility as Equipment Room Attendant.
As discussed in our interview, your hourly rate will be $ [redacted] /hr and you will be employed between 10 to 20 hours per week (for a summary of your schedule, please see the attached schedule for your respective work area which you may keep for your records).   Your official start date will be  01/04/2007 .

Please be advised that you must get your 2006-2007 On-Campus Student Employee Application (included in this envelope) approved by a Wasserman Center representative.  We cannot process payment for any student employee who has not submitted both an approved Student Employee Application **and an information sheet** for this academic year.

Please comply with the following steps to finalize your employment status at the Facility:

❶      Your Student Employee Application is included in this envelope.  You **must** present this letter at the:
Wasserman Center for Career Development
Hours of operation:
Monday, Tuesday & Friday          9:00am – 5:00pm
Wednesday & Thursday               9:00am – 7:00pm

You must present the following documents when getting your Student Employee Application approved:
NYU ID   &      Birth Certificate
**or** Passport
**or** Social Security Card

❷      Present this letter at the Equipment Room to receive your uniform.

❸      Present this letter at the Administrative Office to register for your hand-scan.

❹      Complete an Information Sheet (included).  Include the completed form, along with all original contents, in this envelope.

❺      Leave this envelope, along with all completed forms and original contents, in Alex Martinez's inbox at the Administrative Office.

After completing this process, you may experience a delay of 2 full pay periods before you receive your first bi-weekly payment.  For your convenience you will find a copy of the Facility's student employee pay schedule and a direct deposit form, should you chose to enroll in this benefit (recommended).  You may  include a completed direct deposit form with your Student Employment Packet for expedient processing; however you may turn this form in at your discretion.

Please feel free to keep  this letter, the pay schedule and the copy of your work schedule for your records.
Congratulations and welcome aboard.

Sincerely,

*[signature]*

Alex Martinez
Human Resources Assistant

*Alex Martinez*
*Palladium Athletic Facility*
*Human Resources*


DEFENDANT'S EXHIBIT 3
9-9-10   SC



BRANDEIS UNIVERSITY
CARNEGIE MELLON UNIVERSITY
CASE WESTERN RESERVE UNIVERSITY
EMORY UNIVERSITY
NEW YORK UNIVERSITY
UNIVERSITY OF CHICAGO
UNIVERSITY OF ROCHESTER
WASHINGTON UNIVERSITY IN ST. LOUIS

UNIVERSITY ATHLETIC ASSOCIATION

Plaintiff's Responses to Defendant's First Request for Production of Documents

Fleurimond EBT Exhibit 1
(1\1)

NYU

DEFENDANT'S
EXHIBIT
14
99-10 SC
PENGAD 800-631-6989

Fleurimond Decl Exhibit 2



Certificate of Registration

Register of Copyrights

Registration Number:
VAu 970-944

Effective date of registration:

June 26, 2008

## Title

| | |
|---|---|
| **Title of Work:** | New York University Mascot: Violet the Bobcat |
| **Nature of Work:** | Vector Illustration |

## Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |

## Author

| | |
|---|---|
| **Author:** | Ariel Fleurimond |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1987 |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Ariel Fleurimond |
| | 1 York Drive, Wheatley Hgts, NY, 11798 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Ariel Fleurimond |
| **Date:** | April 28, 2008 |



DEFENDANT'S EXHIBIT
15
9-9-10 SC

Type of Work:      Visual Material

Registration Number / Date:
                   VAu000970944 / 2008-06-26

Application Title: New York University Mascot: Violet the Bobcat.

Title:             ORION: The NYU All-Star.

Description:       Artwork, 1 p.

Copyright Claimant:
                   Ariel  Fleurimond, 1987-  .

Date of Creation:  2008

Authorship on Application:
                   Ariel  Fleurimond, 1987-  ;  Citizenship: United States.
                     Authorship: 2-Dimensional artwork.

Names:             Fleurimond, Ariel, 1987-

================================================================================